UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 20615
    HARRY T BAILEY
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-5474

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/05/2007 and was not confirmed.

    The case was dismissed without confirmation 02/14/2008.
------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | 20000.00 | .00 | .00 |
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | 5500.00 | .00 | .00 |
| FORD MOTOR CREDIT CORPOR | SECURED VEHIC | 11850.00 | .00 | .00 |
| FORD MOTOR CREDIT CORPOR | UNSECURED | NOT FILED | .00 | .00 |
| SILVERLEAF RESORT INC | SECURED | 5000.00 | .00 | .00 |
| MARY BETH DURKIN | NOTICE ONLY | NOT FILED | .00 | .00 |
| INDY MAC BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| THOMAS & TOOLIS | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 20615 HARRY T BAILEY

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE